# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BYROM,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No.: 14cv2334-MMA (MDD)<br><br>**ORDER RE: NOTICE OF STIPULATION OF DISMISSAL**<br><br>[Doc. No. 27] |

On April 13, 2018, Plaintiff Edward Byrom and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal of the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 27 at 1. Accordingly, this case is **DISMISSED WITH PREJUDICE.** Each party must bear its own attorneys' fees and costs. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: April 18, 2018

Hon. Michael M. Anello
United States District Judge